■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL GELLIN v. FRANCES GELLIN.— Motion for an order striking the record on appeal and dismissing the appeal granted unless the appellant deletes from the record filed in this court the affidavit in lieu of certification and inserts in place thereof a stipulation waiving certification signed by the attorneys for the parties, provided that counsel for the respondent executes and delivers such a stipulation to the

appellant not later than May 19, 1961. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.